1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4
LABORERS HEALTH AND WELFARE  )          No. C10-04803 SBA
5 TRUST FUND FOR NORTHERN      )
CALIFORNIA ET AL,            )          ORDER DISMISSING ACTION
6                  Plaintiff,    )
                              )
7         vs.                    )
                              )
8    HARRISON ET AL,             )
                              )
9                  Defendant.    )

10   _____

11

12         The Court having been notified of the settlement of

13   this action, and it appearing that no issue remains for the

14   Court's determination,

15         IT IS HEREBY ORDERED THAT this action and all claims

16   asserted herein are DISMISSED with prejudice.  In the event

17   that the settlement is not reached, any party may move to

18   reopen the case and the trial will be rescheduled, provided

19   that such motion is filed within 30 days of this order.  All

20   scheduled dates, including the trial and pretrial dates, are

21   VACATED.

22         IT IS SO ORDERED.

23   DATED:5/2/11

24                    _____
                      SAUNDRA BROWN ARMSTRONG
25                    United States District Judge

26

27

28