1  BARRY E. HINKLE, Bar No. 071223
2  PATRICIA A. DAVIS, Bar No. 179074
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
6  Attorneys for Plaintiffs

7
                        UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

10 | THE BOARD OF TRUSTEES, in their           ) No.     10-04803 SBA
11 | capacities as Trustees of the LABORERS    )
   | HEALTH AND WELFARE TRUST FUND             )
12 | FOR NORTHERN CALIFORNIA; LABORERS )        **NOTICE OF DISMISSAL WITHOUT**
   | VACATION-HOLIDAY TRUST FUND FOR           ) **PREJUDICE; REQUEST TO RETAIN**
13 | NORTHERN CALIFORNIA; LABORERS             ) **JURISDICTION FOR SIX MONTHS;**
   | PENSION TRUST FUND FOR NORTHERN           ) **REQUEST TO VACATE CASE**
14 | CALIFORNIA; and LABORERS TRAINING         ) **MANAGEMENT CONFERENCE**
15 | AND RETRAINING TRUST FUND FOR             )
   | NORTHERN CALIFORNIA,                      )
16 |                                           )
   |                 Plaintiffs,               )
17 |                                           )
18 |       v.                                  )
   |                                           )
19 | ARTHUR HARRISON and BUTCH                 )
   | HARRISON, individually and doing business as )
20 | HARRISON CONCRETE CUTTING and             )
   | HARRISON CONCRETE CUTTING, INC., A        )
21 | California Corporation.                   )
22 |                                           )
   |                 Defendant.                )
23 |_____)

24
25  / / /
26  / / /
27  / / /
28  / / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*. The parties have resolved this matter and Defendant is currently making payments pursuant to the agreed upon settlement. Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or responsive pleading in this matter.

Pursuant to their settlement agreement, the parties request that the Court maintain jurisdiction over this case for six (6) months from the date of settlement, April 27, 2011.

A Case Management Conference has been scheduled for July 27, 2011. With this Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: May 31, 2011

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  /s/  Concepcion E. Lozano-Batista
     CONCEPCIÓN E. LOZANO-BATISTA
     Attorneys for Plaintiffs

**ORDER**

On April 27, 2011, counsel for Plaintiffs advised the Court that the parties had settled this case and needed an additional twenty (20) days in which to finalize a settlement agreement. The parties have now settled this matter and requested that this Court maintain jurisdiction over the settlement agreement for an additional six (6) months.

IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Court shall maintain jurisdiction over this case until October 27, 2011. The Case Management Conference set for July 27, 2011 is hereby vacated.

Dated: _6/7/11                                                   _____
                                                                 SANDRA BROWN ARMSTRONG
                                                                 UNITED STATES DISTRICT JUDGE

119106/622801

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

**PROOF OF SERVICE**
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 31, 2011, I served upon the following parties in this action:

> Butch Harrison
> Harrison Concrete Cutting
> 10 N. East St., Ste. 108
> Woodland, CA 95776-5921

copies of the document(s) described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO RETAIN JURISDICTION FOR SIX MONTHS; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

[X] **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on May 31, 2011.

>         /s/ Stephanie Mizuhara
> Stephanie Mizuhara

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -

Notice of Dismissal; Request to retain jurisdiction; Request to vacate CMC    Case No. 10-04803 SBA